FILED
May 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUSAN MICHELLE PRUETT, )<br>)<br>Defendant. ) | Case No. CR.S-06-0214-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SUSAN MICHELLE PRUETT , Case No. CR.S-06-0214-LKK  , Charge  18USC § 1341 & 26USC § 7201  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 30, 2006  at  2:00 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court