1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   NED SMOCK, Bar # 236238
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   KENNETH RICHARD PRUETT

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) No. 06-CR-214 LKK
                                     )
12                  Plaintiff,       )
                                     ) STIPULATION AND ORDER
13       v.                          )
                                     )
14  SUSAN MICHELLE PRUETT, and       ) Date: July 18, 2006
    KENNETH RICHARD PRUETT,          ) Time: 9:30 A.M.
15                                   )
                                     ) Judge: Hon. Lawrence K. Karlton
16                  Defendants.      )
    _____

17

18
         IT IS HEREBY STIPULATED by and between the parties hereto through
19
    their respective counsel, SAMANTHA SPANGLER, Assistant United States
20
    Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal
21
    Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE,
22
    attorney for defendant Susan Pruett, that the current status conference
23
    date of June 20, 2006 be vacated and a new date of July 18, 2006 be set
24
    for status.
25
         The defense has received an initial batch of discovery and is
26
    awaiting a larger batch of discovery.  The defense needs time to review
27
    those voluminous materials and conduct investigation.
28

1    It is further stipulated and agreed between the parties that the

2  period beginning June 20, 2006 to July 18, 2006, should be excluded in

3  computing the time within which the trial of the above criminal

4  prosecution must commence for purposes of the Speedy Trial Act for

5  defense preparation.  All parties stipulate and agree that this is an

6  appropriate exclusion of time within the meaning of Title 18, United

7  States Code, Section 3161(h)(8)(iv) (Local Code T4).

8

9                                    Respectfully submitted,

10                                   DANIEL BRODERICK
                                     Federal Defender
11

12 Dated: June 16, 2006            /S/NED SMOCK
                                     NED SMOCK
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   KENNETH RICHARD PRUETT

15 Dated: June 16, 2006            /S/ BRUCE LOCKE
                                     BRUCE LOCKE
16                                   Attorney for Defendant
                                     SUSAN MICHELLE PRUETT
17

18                                   MCGREGOR W. SCOTT
                                     United States Attorney
19
   Dated: June 16, 2006
20                                  /S/ SAMANTHA SPANGLER
                                     SAMANTHA SPANGLER
21                                   Assistant U.S. Attorney

22
                                **ORDER**
23
        **IT IS SO ORDERED.**
24
   DATED: June 19, 2006
25

26 _____
   LAWRENCE K. KARLTON
27 SENIOR JUDGE
   UNITED STATES DISTRICT COURT
28

                                    2