```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  KENNETH RICHARD PRUETT

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 06-CR-214 LKK
                                   )
12              Plaintiff,         )
                                   ) ORDER AFTER HEARING
13       v.                        )
                                   )
14  SUSAN MICHELLE PRUETT, and     ) Date: August 29, 2006
    KENNETH RICHARD PRUETT,        ) Time: 9:30 A.M.
15                                 )
                                   ) Judge: Hon. Lawrence K. Karlton
16              Defendants.        )
    _____
17

18
         This matter came on for Status Conference on July 18, 2006, in the
19
    courtroom of the Honorable Lawrence K. Karlton, Senior Judge.
20
    Assistant United States Attorney Samantha Spangler appeared for the
21
    United States of America.  Assistant Federal Defender Ned Smock
22
    appeared on behalf of Defendant Kenneth Richard Pruett.  Bruce Locke
23
    appeared on behalf of Defendant Susan Michelle Pruett.  The parties,
24
    through their respective counsel, stipulate and agree that the time
25
    period between July 18, 2006, and August 29, 2006 be excluded under the
26
    Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),
27
    based on continuity of counsel and defense preparation.
28
```

1  IT IS ORDERED that this matter is continued to August 29, 2006, at
2  9:30 a.m. for Status Conference.
3  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4  (iv) and Local Code T4, the period from July 18, 2006, up to and
5  including August 29, 2006, is excluded from the time computations
6  required by the Speedy Trial Act due to ongoing preparation of counsel.
7  Dated: July 25, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT