```
1   L. BRUCE LOCKE (#177787)
    Moss & Locke
2   555 University Avenue, Suite 150
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    SUSAN PRUETT
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-214 LKK |
|---|---|
| Plaintiff, | ) |
| | ) WAIVER OF PERSONAL APPEARANCE |
| v. | ) |
| SUSAN PRUETT, et al., | ) |
| Defendant. | ) |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in her absence.

DATED: Tuesday, July 18, 2006        /S/ - Susan Pruett
                                      SUSAN PRUETT

APPROVED:

DATED: Tuesday, July 18, 2006        /S/ L. Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for Susan Pruett

1

IT IS SO ORDERED.

DATED: August 23, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT