```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  KENNETH RICHARD PRUETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-CR-214 LKK |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| SUSAN MICHELLE PRUETT, and KENNETH RICHARD PRUETT, | Date: October 3, 2006 |
| | Time: 9:30 A.M. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE, attorney for defendant Susan Pruett, that the current status conference date of August 29, 2006 be vacated and a new date of October 3, 2006 be set for status.

The defense has received a significant amount of discovery from the government thus far - three binders containing thousands of pages. The defense needs additional time to review those voluminous materials

and conduct necessary investigation.

It is further stipulated and agreed between the parties that the period beginning August 29, 2006 to October 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: August 25, 2006        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
KENNETH RICHARD PRUETT

Dated: August 25, 2006        /s/ Ned Smock for BRUCE LOCKE
BRUCE LOCKE
Attorney for Defendant
SUSAN MICHELLE PRUETT

MCGREGOR W. SCOTT
United States Attorney

Dated: August 25, 2006        /s/ Ned Smock for SAMANTHA SPANGLER
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: August 25, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT