```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH RICHARD PRUETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 06-CR-214 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| SUSAN MICHELLE PRUETT, and | ) Date: October 31, 2006 |
| KENNETH RICHARD PRUETT, | ) Time: 9:30 A.M. |
| | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE, attorney for defendant Susan Pruett, that the current status conference date of October 3, 2006 be vacated and a new date of October 31, 2006 be set for status. The defense is engaged in ongoing investigation in this case, which involves thousands of pages of discovery.

It is further stipulated and agreed between the parties that the period beginning October 3, 2006 to October 31, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: September 28, 2006      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
KENNETH RICHARD PRUETT

Dated: September 28, 2006      /s/ Ned Smock for BRUCE LOCKE
BRUCE LOCKE
Attorney for Defendant
SUSAN MICHELLE PRUETT

MCGREGOR W. SCOTT
United States Attorney

Dated: September 28, 2006      /s/ Ned Smock for SAMANTHA SPANGLER
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 29, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2