```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  KENNETH RICHARD PRUETT

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         ) No. 06-CR-214 LKK
                                      )
12              Plaintiff,            )
                                      ) STIPULATION AND ORDER
13       v.                           )
                                      )
14  SUSAN MICHELLE PRUETT, and        ) Date: November 28, 2006
    KENNETH RICHARD PRUETT,           ) Time: 9:30 A.M.
15                                    )
                                      ) Judge: Hon. Lawrence K. Karlton
16              Defendants.           )
    _____
17

18
         IT IS HEREBY STIPULATED by and between the parties hereto through
19
    their respective counsel, SAMANTHA SPANGLER, Assistant United States
20
    Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal
21
    Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE,
22
    attorney for defendant Susan Pruett, that the current status conference
23
    date of October 31, 2006 be vacated and a new date of November 28, 2006
24
    be set for status.  The defense is engaged in ongoing investigation in
25
    this case, which involves thousands of pages of discovery.  The
26
    government is handing over additional documents that were requested,
27
    and the defense needs additional time to perform necessary
28
```

investigation.

It is further stipulated and agreed between the parties that the period beginning October 31, 2006 to November 28, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: October 27, 2006        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
KENNETH RICHARD PRUETT

Dated: October 27, 2006        /s/ Ned Smock for BRUCE LOCKE
BRUCE LOCKE
Attorney for Defendant
SUSAN MICHELLE PRUETT

MCGREGOR W. SCOTT
United States Attorney

Dated: October 27, 2006        /s/ Ned Smock for SAMANTHA SPANGLER
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 30, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT