```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  KENNETH RICHARD PRUETT

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. 06-CR-214 LKK
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13      v.                       )
                                 )
14  SUSAN MICHELLE PRUETT, and   ) Date: January 17, 2007
    KENNETH RICHARD PRUETT,      ) Time: 9:30 A.M.
15                               )
                                 ) Judge: Hon. Lawrence K. Karlton
16              Defendants.      )
    _____
17
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE, attorney for defendant Susan Pruett, that the current status conference date of November 28, 2006 be vacated and a new date of January 17, 2007 be set for status. The defense is engaged in ongoing investigation in this case, which involves thousands of pages of discovery. The defense needs additional time to perform necessary investigation. In addition, issues related to restitution must be resolved before any discussion of

a possible disposition can take place.

It is further stipulated and agreed between the parties that the period beginning November 28, 2006 to January 17, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: November 21, 2006      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
KENNETH RICHARD PRUETT

Dated: November 21, 2006      /s/ Ned Smock for BRUCE LOCKE
BRUCE LOCKE
Attorney for Defendant
SUSAN MICHELLE PRUETT

MCGREGOR W. SCOTT
United States Attorney

Dated: November 21, 2006      /s/ Ned Smock for SAMANTHA SPANGLER
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 27, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2