```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-CR-214 LKK |
| Plaintiff, | ) | ORDER AFTER HEARING |
| v. | ) | |
| SUSAN MICHELLE PRUETT, and KENNETH R. PRUETT, | ) | |
| | ) | DATE: February 27, 2007 |
| Defendants. | ) | TIME: 9:30 a.m. |
| _____ | ) | COURT: Hon. Lawrence K. Karlton |

This matter came before the Court on January 17, 2007 for status conference. Assistant U.S. Attorney Samantha Spangler appeared for the United States. Attorney Bruce Locke appeared for defendant Susan Michelle Pruett. Assistant Federal Defender Ned Smock appeared for defendant Kenneth R. Pruett. Neither defendant was present and each has a waiver of appearance on file. After hearing from counsel regarding the status of the case, the Court continued the status conference to February 27, 2007, at 9:30 a.m. The Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time, finding that the interests of

///

1

justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT