```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-214 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SUSAN MICHELLE PRUETT, and KENNETH R. PRUETT, | |
| Defendants. | DATE: March 20, 2007<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence K. Karlton |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for February 27, 2007, may be continued to March 20, 2007, at 9:30 a.m., to give government counsel more time to complete the drafting of proposed plea agreements and to obtain necessary approvals, and to give defense counsel adequate time to review them with the defendants. Time may be excluded from the Speedy Trial Act calculation for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, through March

///

///

///

20, 2007. Each defense counsel has authorized the prosecutor to sign the stipulation on their behalf.

DATED: February 23, 2007  McGREGOR W. SCOTT
United States Attorney

by  /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

DATED: February 23, 2007  /s/ Samantha S. Spangler for
BRUCE LOCKE
Counsel for
Susan Michelle Pruett

DATED: February 23, 2007  DANIEL A. BRODERICK

by  /s/ Samantha S. Spangler for
NED SMOCK
Assistant Federal Defender
Counsel for
Kenneth R. Pruett

## Order

Good cause appearing,

The status conference is continued from February 27, 2007, to March 20, 2007, at 9:30 a.m.

Time is excluded from the Speedy Trial Act calculation for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, through March 20, 2007.

IT IS SO ORDERED.

DATED: February 26, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT