```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-214 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SUSAN MICHELLE PRUETT, and KENNETH R. PRUETT, | |
| Defendants. | DATE: April 10, 2007<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence K. Karlton |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for March 20, 2007, may be continued to April 10, 2007, at 9:30 a.m., to give the parties more time to complete their plea negotiations and written plea agreements. Time may be excluded from the Speedy Trial Act calculation for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, through April 10, 2007. Defense counsel have authorized the prosecutor to sign the stipulation on their behalf.

```
DATED: March 15, 2007              McGREGOR W. SCOTT
                                   United States Attorney


                              by    /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney
```

So Stipulated.

DATED: March 15, 2007    /s/ Samantha S. Spangler for
                         BRUCE LOCKE
                         Counsel for
                         Susan Michelle Pruett

DATED: March 15, 2007    DANIEL A. BRODERICK

                    by   /s/ Samantha S. Spangler for
                         NED SMOCK
                         Assistant Federal Defender
                         Counsel for
                         Kenneth R. Pruett

## Order

Good cause appearing,

The status conference is continued from March 20, 2007, to April 10, 2007, at 9:30 a.m.

Time is excluded from the Speedy Trial Act calculation for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, through April 10, 2007.

IT IS SO ORDERED.

DATED: March 19, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT