```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  KENNETH RICHARD PRUETT

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 06-CR-214 LKK
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER
13       v.                        )
                                   )
14  SUSAN MICHELLE PRUETT, and     ) Date: June 5, 2007
    KENNETH RICHARD PRUETT,        ) Time: 9:30 A.M.
15                                 )
                                   ) Judge: Hon. Lawrence K. Karlton
16              Defendants.        )
    _____

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, SAMANTHA SPANGLER, Assistant United States
20  Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal
21  Defender, attorney for defendant Kenneth Pruett; and BRUCE LOCKE,
22  attorney for defendant Susan Pruett, that the current status conference
23  date of April 10, 2007 be vacated and a new date of June 5, 2007 be set
24  for status.  The parties are resolving a complex issue related to
25  applying forfeited funds towards restitution.
26       It is further stipulated and agreed between the parties that the
27  period beginning April 10, 2007 to June 5, 2007, should be excluded in
28  computing the time within which the trial of the above criminal
```

prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: April 5, 2007        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
KENNETH RICHARD PRUETT

Dated: April 5, 2007        /s/ Ned Smock for BRUCE LOCKE
BRUCE LOCKE
Attorney for Defendant
SUSAN MICHELLE PRUETT


MCGREGOR W. SCOTT
United States Attorney

Dated: April 5, 2007        /s/ Ned Smock for SAMANTHA SPANGLER
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 5, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT