DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH RICHARD PRUETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-CR-214 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| SUSAN MICHELLE PRUETT, and KENNETH RICHARD PRUETT, | Date: July 31, 2007<br>Time: 9:30 A.M. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on June 5, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Samantha Spangler appeared for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Kenneth Richard Pruett. Ned Smock also appeared for Bruce Locke, who represents Defendant Susan Michelle Pruett. The parties, through their respective counsel, stipulate and agree that the time period between June 5, 2007, and July 31, 2007 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel

and defense preparation.

IT IS ORDERED that this matter is continued to July 31, 2007, at 9:30 a.m. for Status Conference/Possible Change of Plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from June 5, 2007, up to and including July 31, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 6, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT