1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE. NO. 2:06-cr-0214 LKK |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |
| v. | |
| SUSAN MICHELLE PRUETT, et al., | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Susan Michelle Pruett, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Susan Michelle Pruett's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $497,953.91 in U.S. Currency, representing the lump sum amount of a $1,000,000 gambling prize won by defendant SUSAN MICHELLE PRUETT, which was seized on or about April 6, 2006.

2. The above-listed property constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1341.

1

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. The aforementioned property shall be seized and held by the Department of Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General or Secretary of Treasury's intent to dispose of the property in such manner as the Attorney General or Secretary of Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of

Forfeiture, as a substitute for published notice as to those persons so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

DATED: August 15 ,2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3