```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-214 LKK |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| SUSAN MICHELLE PRUETT, and KENNETH R. PRUETT, | |
| Defendants. | Court: Hon. Kimberly J. Mueller |

## Stipulation

The parties stipulation that the conditions of pretrial release of defendants SUSAN MICHELLE PRUETT and KENNETH R. PRUETT may each be modified to add the following condition:

> The defendant shall have no contact of any sort, whether orally or in writing, directly or indirectly, with Samantha Webber, a witness in this case.

So stipulated.

DATED: October 12, 2007                McGREGOR W. SCOTT
                                       United States Attorney


                                  by   /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney

1

So stipulated.

DATED: October 12, 2007        /s/ Bruce Locke
                               Bruce Locke
                               Attorney for Defendant
                               Susan Michelle Pruett

DATED: October 12, 2007        DANIEL J. BRODERICK
                               Federal Defender

                        by     /s/ Ned Smock
                               Ned Smock
                               Assistant Federal Defender
                               Attorney for Defendant
                               Kenneth R. Pruett

## ORDER

Good cause appearing, IT IS ORDERED that the pretrial release conditions of defendants SUSAN MICHELLE PRUETT and KENNETH R. PRUETT are modified to include the following condition:

> The defendant shall have no contact of any sort, whether orally or in writing, directly or indirectly, with Samantha Webber, a witness in this case.

IT IS SO ORDERED.

DATED: October 18, 2007

_____
U.S. MAGISTRATE JUDGE