L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SUSAN PRUETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-214 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CHANGE THE SENTENCING DATE |
| v. | ) | AND MODIFY THE SCHEDULE FOR |
| | ) | FILING OBJECTIONS TO THE |
| SUSAN PRUETT , et al., | ) | PRE-SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties in this case have agreed and hereby stipulate to change the date for Judgement and Sentence from November 27, 2007 to December 4, 2007 and that the informal objections to the Pre-Sentence Report will be due November 13, 2007, the Pre-Sentence Report will be filed with the Court on November 20, 2007 and the Motions for Correction of the Report will be filed with the Court and served on the Probation Officer on November 27, 2007.

DATED: November 8, 2007          _____/S/ - Bruce Locke_____
                                 Attorney for Susan Pruett

DATED: November 8, 2007          _____/S/ Ned Smock_____
                                 Attorney for Kenneth Pruett

DATED: November 8, 2007          _____/S/ Samantha Spangler_____
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 8, 2007          _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT