L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SUSAN PRUETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR. S-06-214 LKK
)
Plaintiff, )
) STIPULATION AND ORDER
) TO CHANGE THE SENTENCING DATE
v. ) AND MODIFY THE SCHEDULE FOR
) FILING OBJECTIONS TO THE
SUSAN PRUETT, et al., ) PRE-SENTENCE REPORT
)
Defendant. )
_____ )

The parties in this case have agreed and hereby stipulate to change the date for Judgement and Sentence from December 4, 2007 to December 11, 2007 and that the Motions for Correction of the Pre-Sentence Report will be filed with the Court and served on the Probation Officer on November 30, 2007. The government's response to the Motion will be due December 6, 2007.

DATED: November 28, 2007         /S/ - Bruce Locke
                                 Attorney for Susan Pruett


DATED: November 28, 2007         /S/ Ned Smock
                                 Attorney for Kenneth Pruett


DATED: November 28, 2007         /S/ Samantha Spangler
                                 Assistant United States Attorney


IT IS SO ORDERED.

DATED: November 29, 2007

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT