McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE. NO. 2:06-CR-0214 LKK |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| SUSAN MICHELLE PRUETT, et al.,) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, on or about August 16, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Susan Michelle Pruett forfeiting to the United States the following property:

      a.    Approximately $497,953.91 in U.S. Currency, representing the lump sum amount of a $1,000,000 gambling prize won by defendant SUSAN MICHELLE PRUETT, which was seized on or about April 6, 2006.

AND WHEREAS, on September 4, 11, and 18, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in The Daily Recorder (Sacramento County), a newspaper of

1

general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Susan Michelle Pruett.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The Department of Treasury, Internal Revenue Service-Criminal Investigation, shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 2nd day of January, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT